1  Deanna L. Forbush, Esq.
   Nevada Bar No. 6646
2  dforbush@clarkhill.com
   Jeremy J. Thompson, Esq.
3  Nevada Bar No. 12503
   jthompson@clarkhill.com
4  **CLARK HILL PLLC**
   3800 Howard Hughes Parkway, Suite 500
5  Las Vegas, Nevada 89169
   Telephone:   (702) 862-8300
6  Facsimile:   (702) 862-8400

7  *Attorneys for Defendants*
   *Alterra Group, LLC d/b/a Alterra Homes Loans*
8
   Leon M. Greenberg, Esq.
9  Nevada Bar No. 8094
   leongreenberg@overtimelaw.com
10 Dana Sniegocki, Esq.
   Nevada Bar No. 11715
11 dana@overtimelaw.com
   2965 S. Jones Blvd., Suite E3
12 Las Vegas NV 89146
   Telephone: (702) 383-6085
13 Facsimile: (702) 385-1827

14 Angeli Murthy
   *Pro Hac Vice*
15 Amurthy@forthepeople.com
   Morgan and Morgan, P.A.
16 600 N. Pine Island Road, Suite 400
   Plantation, FL 33324
17 Telephone: (954) 318-0268

18 *Attorneys for Plaintiff, Ulyana Shevchuck*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ULYANA SHEVCHUK, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTERRA GROUP, LLC d/b/a ALTERRA HOME LOANS,<br><br>Defendants. | Case No.: 2:17-cv-02922-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff ULYANA SHEVCHUK ("Plaintiff"), by and through her attorneys of record, Angeli Murthy, Esq. of Morgan & Morgan, P.A., and Defendant ALTERRA GROUP, LLC d/b/a ALTERRA HOME LOANS ("Defendant"), by and through its attorneys of record, Deanna L. Forbush, Esq. and Jeremy J. Thompson, Esq. of Clark Hill PLLC, hereby stipulate to the following: 1) Plaintiff Ulyana Shevchuk filed a Complaint against Defendant on November 21, 2017 and served said Complaint upon Defendant on February 13, 2018; 2) Defendant's response to said Complaint was due on March 6, 2018; 3) in order to facilitate a potential settlement of the instant matter, the Parties agree that Defendant shall have until May 6, 2018 to file a response to Plaintiff's Complaint.

IT IS SO STIPULATED on this 3rd day of April, 2018.

**MORGAN & MORGAN, P.A.**

By: /s/ Angeli Murthy, Esq.
ANGELI MURTHY, ESQ.
600 N. Pine Island Road, Suite 400
Plantation, Florida 33324
Attorneys for Plaintiff
*Ulyana Shevchuk*

**CLARK HILL PLLC**

By: /s/ Deanna L. Forbush, Esq.
DEANNA L. FORBUSH, ESQ.
Nevada Bar No. 6646
JEREMY J. THOMPSON, ESQ.
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Attorneys for Defendants
*Alterra Group, LLC d/b/a Alterra Homes Loans*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
Dated: April 6, 2018

219484150

219486185.1