Deanna L. Forbush, Esq.
Nevada Bar No. 6646
dforbush@clarkhill.com
Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
jthompson@clarkhill.com
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:     (702) 862-8300
Facsimile:     (702) 862-8400

*Attorneys for Defendants*
*Alterra Group, LLC d/b/a Alterra Homes Loans*

Leon M. Greenberg, Esq.
Nevada Bar No. 8094
leongreenberg@overtimelaw.com
Dana Sniegocki, Esq.
Nevada Bar No. 11715
dana@overtimelaw.com
2965 S. Jones Blvd., Suite E3
Las Vegas NV 89146
Telephone: (702) 383-6085
Facsimile: (702) 385-1827

Angeli Murthy
*Pro Hac Vice*
Amurthy@forthepeople.com
Morgan and Morgan, P.A.
600 N. Pine Island Road, Suite 400
Plantation, FL 33324
Telephone: (954) 318-0268

*Attorneys for Plaintiff, Ulyana Shevchuck*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ULYANA SHEVCHUK, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTERRA GROUP, LLC d/b/a ALTERRA HOME LOANS,<br><br>Defendants. | Case No.:  2:17-cv-02922-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

Plaintiff ULYANA SHEVCHUK ("Plaintiff") , by and through her attorneys of record, Angeli Murthy, Esq. of Morgan & Morgan, P.A., and Defendant ALTERRA GROUP, LLC d/b/a ALTERRA HOME LOANS ("Defendant"), by and through its attorneys of record, Deanna L. Forbush, Esq. and Jeremy J. Thompson, Esq. of Clark Hill PLLC, hereby stipulate to the following: 1) Plaintiff Ulyana Shevchuk filed a Complaint against Defendant on November 21, 2017 and served said Complaint upon Defendant on February 13, 2018; 2) Defendant's response to said Complaint was due on March 6, 2018; 3) in order to facilitate a potential settlement of the instant matter, the Parties agree that Defendant shall have until June 5, 2018 to file a response to Plaintiff's Complaint.  This is the second request for extension to file a response in this matter.

IT IS SO STIPULATED on this 9th day of May, 2018.

**MORGAN & MORGAN, P.A.**               **CLARK HILL PLLC**


By: */s/ Angeli Murthy, Esq.*               By:  */s/ Deanna L. Forbush, Esq.*
   ANGELI MURTHY, ESQ.                  DEANNA L. FORBUSH, ESQ.
   600 N. Pine Island Road, Suite 400                  Nevada Bar No. 6646
   Plantation, Florida 33324                  JEREMY J. THOMPSON, ESQ.
   Attorneys for Plaintiff                  Nevada Bar No. 12503
   *Ulyana Shevchuk*                  3800 Howard Hughes Parkway, Suite 500
      Las Vegas, Nevada  89169
      Attorneys for Defendants
      *Alterra Group, LLC d/b/a Alterra Homes*
      *Loans*


<u>**ORDER**</u>

**IT IS SO ORDERED** this 14th day of May, 2018.



UNITED STATES MAGISTRATE JUDGE