Deanna L. Forbush, Esq.
Nevada Bar No. 6646
dforbush@clarkhill.com
Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
jthompson@clarkhill.com
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400

*Attorneys for Defendants
Alterra Group, LLC d/b/a Alterra Homes Loans*

Leon M. Greenberg, Esq.
Nevada Bar No. 8094
leongreenberg@overtimelaw.com
Dana Sniegocki, Esq.
Nevada Bar No. 11715
dana@overtimelaw.com
2965 S. Jones Blvd., Suite E3
Las Vegas NV 89146
Telephone: (702) 383-6085
Facsimile: (702) 385-1827

Angeli Murthy
*Pro Hac Vice*
Amurthy@forthepeople.com
Morgan and Morgan, P.A.
600 N. Pine Island Road, Suite 400
Plantation, FL 33324
Telephone: (954) 318-0268

*Attorneys for Plaintiff, Ulyana Shevchuck*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ULYANA SHEVCHUK, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALTERRA GROUP, LLC d/b/a ALTERRA HOME LOANS, <br><br> Defendants. | Case No.: 2:17-cv-02922-APG-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (THIRD REQUEST)** |

Plaintiff ULYANA SHEVCHUK ("Plaintiff") , by and through her attorneys of record, Angeli Murthy, Esq. of Morgan & Morgan, P.A., and Defendant ALTERRA GROUP, LLC d/b/a ALTERRA HOME LOANS ("Defendant"), by and through its attorneys of record, Deanna L. Forbush, Esq. and Jeremy J. Thompson, Esq. of Clark Hill PLLC, hereby stipulate to the following: 1) Plaintiff Ulyana Shevchuk filed a Complaint against Defendant on November 21, 2017 and served said Complaint upon Defendant on February 13, 2018; 2) Defendant's response to said Complaint was due on March 6, 2018; 3) in order to facilitate a potential settlement of the instant matter, the Parties agree that Defendant shall have until July 5, 2018 to file a response to Plaintiff's Complaint. This is the third request for extension to file a response in this matter.

IT IS SO STIPULATED on this 29th day of May, 2018.

**MORGAN & MORGAN, P.A.**      **CLARK HILL PLLC**

By: */s/ Angeli Murthy, Esq.*
   ANGELI MURTHY, ESQ.
   600 N. Pine Island Road, Suite 400
   Plantation, Florida 33324
   Attorneys for Plaintiff
   *Ulyana Shevchuk*

By: */s/ Deanna L. Forbush, Esq.*
   DEANNA L. FORBUSH, ESQ.
   Nevada Bar No. 6646
   JEREMY J. THOMPSON, ESQ.
   Nevada Bar No. 12503
   3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169
   Attorneys for Defendants
   *Alterra Group, LLC d/b/a Alterra Homes Loans*

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that, as this case has now been pending on the court's docket for more than 6 months with no action taken to prosecute it, **NO FURTHER EXTENSIONS WILL BE ALLOWED.**

UNITED STATES MAGISTRATE JUDGE
Dated: June 6, 2018

219736505.1