1  Deanna L. Forbush, Esq.
   Nevada Bar No. 6646
2  dforbush@clarkhill.com
   Jeremy J. Thompson, Esq.
3  Nevada Bar No. 12503
   jthompson@clarkhill.com
4  **CLARK HILL PLLC**
   3800 Howard Hughes Parkway, Suite 500
5  Las Vegas, Nevada 89169
   Telephone:    (702) 862-8300
6  Facsimile:    (702) 862-8400

7  *Attorneys for Defendants*
   *Alterra Group, LLC d/b/a Alterra Homes Loans*
8

9  Angeli Murthy
   *Pro Hac Vice*
10 Amurthy@forthepeople.com
   Morgan and Morgan, P.A.
11 600 N. Pine Island Road, Suite 400
   Plantation, FL 33324
12 Telephone: (954) 318-0268

13 *Attorneys for Plaintiff, Ulyana Shevchuk*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ULYANA SHEVCHUK, on behalf of herself and others similarly situated, | Case No.: 2:17-cv-02922-APG-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| ALTERRA GROUP, LLC d/b/a ALTERRA HOME LOANS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff ULYANA SHEVCHUK ("Plaintiff") , by and through her attorneys of record, Angeli Murthy, Esq. of Morgan & Morgan, P.A., and Defendant ALTERRA GROUP, LLC d/b/a ALTERRA HOME LOANS ("Defendant"), by and through its attorneys of record, Deanna L. Forbush, Esq. and Jeremy J. Thompson, Esq. of Clark Hill PLLC, that this action be dismissed, with prejudice, with each party to bear their own attorney fees and

costs.

IT IS SO STIPULATED on this 14th day of January, 2019.

**MORGAN & MORGAN, P.A.**

By: */s/ Angeli Murthy, Esq.*
   ANGELI MURTHY, ESQ.
   600 N. Pine Island Road, Suite 400
   Plantation, Florida 33324
   Attorneys for Plaintiff
   *Ulyana Shevchuk*

**CLARK HILL PLLC**

By: */s/ Deanna L. Forbush, Esq.*
   DEANNA L. FORBUSH, ESQ.
   Nevada Bar No. 6646
   JEREMY J. THOMPSON, ESQ.
   Nevada Bar No. 12503
   3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169
   Attorneys for Defendants
   *Alterra Group, LLC d/b/a Alterra Homes Loans*

## **ORDER**

**IT IS HEREBY ORDERED** that this action be dismissed, with prejudice, with each party to bear their own attorney fees and costs.

_____
UNITED STATES DISTRICT JUDGE
Dated: January 14, 2019.

220869085.1